

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 28  PM 3:43

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

JOSEPH AGUILAR, III,  LUIS A. AGULIAR    *
YOLANDA AND KAREN ALCORN,  DIANNE *
ALEXANDER , SHARON ALEXIS,  IRVIN *
ALGY, ALGY AND MARY IRVIN,  BENNY *
AND CAROYLN ALPHONSE,  CURTIS *
ALPHONSE,  EVA ANDERSON,  JUDY AND *
JULIUS ANDREWS,  DON AND PATRICIA *
APERWHITE,  DEBRA AND HERMAN *
ARMOUR,  JOYCE M. ARMSTEAD, *
RHONDA DUPREE AND NATHAN *
ARMSTRONG,  MARTIN ARTHUR,  AVIS *
AUGUST,  SYBIL AND JONAS AUSTIN, *
RANDY BAB,  JACQUELINE BAKER, *
GLEN AND MONIQUE BANKS,  MARILYN *
AND LARRY BARABINO,  BEAULAH *
BARABINO,  RITA AND LARRY BARARD, *
MONTRELL BARARD,  CONRAD BARRE, II, *
FABIOLA BASS,  PENNY AND ALVIN *
BAUMER,  ROSHONDA BELL,  BURNELL *
AND NORMA BEMISS,  ELLA BENSON, *
CORY AND SHANNON BERGERON, *
CRYSTAL AND JONAH BERNARD,  LOIS *
AND WALLACE BERTRAND,  ROBERT *
BESTER,  JIMMIE AND KATHYLEEN *
BICHAM,  CAROLYN BIENEMY,  WAYNE *
AND DENISE BIERRIA,  RAYNARD AND *
MAMIE BIERRIA,  JUDY AND LEON *
BLOUIN,  REGINA BLUE,  RUDOLPH AND *
MARLA BOYD,  JIMMIE AND LYNDA *
BRAY,  STACY AND TIMOTHY BREWER, *
KIMBERLYN AND LUTHER BRIDGES, *
RICHONDA L. BRIDGES,  FRANK AND *
KATHERINE BRITTON,  CARROLL, SR. *

CIVIL ACTION NO.

**07-4852**

SECTION "  "

MAGISTRATE **SECT. K MAG 2**

**JURY TRIAL REQUESTED**

Fee $350-
Process _____
Dktd _____
CtRmDep _____
Doc. No _____

AND MINNIE BRITTON,  DIANNE DIXON      *
BRITTON,  JOSEPH BROCK,  GLORIA C.     *
BROUSSARD,  FRANCIS J. BROWN,          *
BRANDON BROWN,  DONALD AND             *
LATONYA BROWN,  FLOYD, SR. AND         *
PATRICIA   BROWN,  JASSHANA BROWN,     *
ELYSIA BURGESS,  BARBARA BURKE,        *
BERNICE BURNS,  GWENDOLYN AND          *
HAMILTON BURNS,  GWENDOLYN AND         *
HILTON BURNS,  HAROLD BUTLER,          *
YVETTE ANN CAGE,  DOUGLAS DEAN         *
CALLAHAN,  YVETTE CAMBRIDGE,           *
JEFFERY CARUSO,  CHARIN RICHARD,       *
CHANTELL AND COREY CLAIR,  JOYCE       *
AND RICHARD CLIPPS,  MICHELE AND       *
WALTER COLBERT, JR.,  CHARLES AND      *
JOAN COLEMAN,  NATALIE COLEMAN,        *
WILLHELMINA CONRAD,  BURNELL           *
COTLON,  JUSTIS J. CRESPO,  FOCELL     *
DANIELS,  VINCENT DARENSBOURG,         *
MAKEYAH AND RONALD DAURHAM             *
MILLER,  SHANDON AND TABITHA DAVIS     *
DWIGHT AND ANDREA DEAL, CATHERINE      *
AND JOSEPH DEDUNES,  CATHERINE         *
DESDUNES,  EDWARD AND CAROLYN          *
DINGEMEN,  EARNEST AND GWENDOLYN       *
DISON,  DARRELL AND GINA DONALD,       *
BRIGITTE DORBERTH,  CASSANDRA DOSS,    *
DEBORAH DUNCAN,  KIM AND PHYLLIS       *
DUNN,  CHARLIE EDWARDS,  LILLIE        *
EDWARDS,  MAYA AND WILLIE MOTEN        *
EDWARDS,  MARY EMERY,  GERALYN         *
FACIANE,  RETTA FARLEY,  JOHN AND      *
DERYL FARRIA,  LEE ANN FAULK,          *
JOYCE FAVORITE,  JOSEPH FERDINAND,     *
ALLEN FERNANDEZ,  CHRISTIANA FORD,     *
HELEN FORD,  RAYMOND JR. AND           *
MICHOLE FORMAN,  CATHERINE B. AND      *

2

EMILE R. FOSS,  ALBERT AND BRENDA          *
FOURNETTE,  SHIRL AND THADDEUS             *
FRANCIS, ROSE  FREEMAN,  MARVA             *
GAINES,  DIANNE GAINES,  SHERRIE M.        *
AND LLOYD E. GALATAS,  ETHEL GATLIN        *
IRMA GEORGE,  ZINA E. GHORAM AND           *
ANTHONY SINGLETON,  ANIECE GIBBS           *
JOSEPH AND MICHELLE GIBBS,                 *
TERESITA GILBERT,  CLAUDIA AND             *
CLARENCE GILLARD,  EMMA GIRON,             *
ANNA C. GORDON,  ERIC AND BARBARA          *
GORDON,  JAMES III AND CATHERINE           *
GRAYOL,  DONNA M. AND RAYMOND              *
GREEN, JR.,  LYNETTE GREEN, VICTORIA       *
GRIFFIN,  FIRLDEAL A. GRIMES,              *
PALACIO GUILLERMO,  LESLIE AND             *
TROY GUIMONT,  ASHTON AND                  *
JACQUELINE GUMPERT,  ATTANAYAKE            *
GUNARANJAN,  ELAINE J. GUTTER,             *
AUGIZINE  GUY,  CARL AND SHANNON           *
HACKENJOS,  WENDY AND  MARCELLIES          *
HAMMOND, JR.,  CARMEN HANDY,  EDDIE        *
AND SHARON HANZO,  OLIVER W. HARRIS        *
ROBERT & ELIZABETH  HART, LATOSHIA         *
HAYES,  NICOLE AND JAMAR HAYES,            *
ANNIE HAYNES,  WILLIE AND  ELAINE          *
HAYWOOD,  ALMA HENDERSON,  SHEILA          *
W. HENRY,  RITA E. HENRY,  MICHAEL D.      *
HILL,  SCHWANDA HILLS,  GEORGIA            *
HITCHENS,  LIONEL HODGE,  SCOTTIE          *
AND RACQUEL HODGES, DENISE HOLMAN,*
BILLY HOPSON,  BERTHA HORHN,  GREG         *
AND LUCRECIA HORNBERGER,  THOMAS           *
J. AND  ESTHER HOWARD,  LINDA              *
HUBBARD,  PATRICIA HUBBARD,                *
WILMA AND JESSIE HUGGINS GOLDEN,           *
CHARLES M. & ALOMA  HUTCHINSON,            *
AARON AND KAREN SMITH JACKSON,             *

3

ALBERT AND MYRNA JACKSON,                    *
CAROLYN AND  ANDREW JACKSON,                 *
GLORIA JACKSON,  JOHN JACKSON,               *
JUDY JACKSON,  LEOLA AND JERRY               *
JAMES, VALLERY JANICE,  MARY                 *
ETHEL JAQUE,  MURIEL JARRELL,                *
ELISHA AND DELORES JASON, JR., OTHA          *
JEFFERSON,  RICHARD JEFFERSON,               *
SHELITA A. JENKINS,  DELINDA                 *
JOHNSON,  JAMES W. AND PARTICIA M.           *
JOHNSON,  SEANDUELA A. JOHNSON,              *
PAUL F., III AND YOLANDA JOHNSON -           *
SHOALS,  EVERLEAN T. AND RICHARD             *
JOLLA,  CHARLES AND LAMA JONES,              *
GERALDINE JONES,  SINATRA AND                *
STEPHANIE JONES,  HAROLD JR. AND             *
KAREN W. JONES,  LORETTA JONES,              *
SAMUEL AND ELAINE JONES,  CHARLES            *
AND ANNA LEE JOSEPH,  PATRICIA AND           *
HAROLD JOSEPH,  CANDY JOURNEE,               *
CARL AND TONI KELLER,  TYRONE                *
KENNEDY,  BARBARA AND LARRY                  *
KIMBROUGH,  GRACE J. KING,  DANELLE *
E. KIRCHEM,  WILLIAM AND  SANDRA             *
KLOCK,  STANLEY AND LATONYA                  *
KNIGHT,  YOLANDA LACOSTE,  BEVERLY *
A. AND IRMA LANDRY,  GREGORY AND             *
CHERYL LASSAIR,  DENISE LASSAIR,             *
SHERYL LAWRENCE,  BARBARA A. LEE,            *
DARREN J., SR. & RHONDA M.  LEE,             *
ESPERNZA  LEE,  JANICE D. AND                *
MCALLISTER LEE,  REBECCA LEE,                *
RICHARD LEFLORE,  CLAUDIA AND                *
CARL LEON,  ALEANE LEPREE,                   *
CLAUDIA AND CARL FRANCIS LESASSIER, *
ELLIOTT AND ALOMA LEWELLYN,                  *
JOHNNIE S. AND LORETTA L. LEWIS,             *
MILDRED AND SOLOMON LEWIS,                   *

4

RENITA F. AND STEVE LEWIS,  DAWN         *
AND ERNEST TURNER LEWIS,  RALPH          *
X., JR. AND BRENDA A. L'HERISSE,  EDNA   *
LOCKETT,  MELANIE AND DAVID LOFTON*
JOHANIS AND NATHALIE LUCKETT,            *
GILBERT AND JOAN LUKE,  STEVEN AND       *
BERNADINE LUKE,  DONALD A., JR. AND      *
GAIL M. LYONS,  GWENDOLYN AND            *
LARRY MACK,  ELDORA AND WILTON           *
MADISON,  THOMAS MAESTRI,                *
PATRICIA A. MAGEE,  SAMPSON MAJOR,       *
WILLIE J., JR. AND DARLENE M. MAJOR,     *
CHANDRA AND DERRICK MAPLES,              *
MARGAUX AND JOSEPH BERNARD, JR.,         *
CORNELL AND ADRIENNE MATHIEU,            *
DORIS MAY,  RUDOLPH AND CHRISTINE        *
MAY,  LOTTIE MCCARTY,  SANDRA G.         *
AND VASTER L. MCCORMICK,  ALVIN          *
MCFADDEN,  FREDDIE  MCFADDEN,            *
JOHNNY AND CHARLENE MCGILL,              *
TAYLOR AND RUBY MCGUIRE,  GISELLE        *
MCKINNEY,  MARY AND JOHN                 *
MCKINNON,  CAROLYN J. MELANCON,          *
DANA AND PATRICIA MELVIN,  CHERYL        *
MERCADAL,  DEBBIE M. AND CARL            *
MESLEY, JR.,  DALE J. AND JOHN A.        *
MESSINA,  CHANTELE MITCHELL AND          *
 RUDLEY MILAND - MITCHELL,  EDMOND *
MILDRED,  BARBARA MILLER,                *
MAKEYAH D. AND RONALD A. MILLER,         *
JAMES MILNA,  MELVIN MITCHELL,           *
CHARLES AND LINDA MOORE,  ELLEN          *
MOORE,  BARON O. MOORE,  MAXINE M.       *
MORGAN,  BETTY MORGAN AND DEBRA          *
M. CAMPBELL MORGAN/JOHNSON,              *
JAMES RILES, SR. MORNING STAR            *
BAPTIST CHURCH,  LEONARD AND JANIE *
MOSLEY,  WILLIE AND MAYA MOTEN           *

5

RICHARD AND DARLENE SULLIVAN   *
MUSTACCHIA,  CLAUDE AND NADINE   *
JERMAINE,  CHARLES NAPOLEON,   *
DARYL AND MAQUETA NAQUIN,  URENCE   *
AND NEOTHA NELSON,  GARY AND   *
WARNETT CRAIG NETTER,  EVRETT AND   *
ALTHEA NEWMAN,  ROSE NICHOLAS -   *
SOLOMON,  SHELIA NORWOOD, GLORIA   *
R. O'CONNOR,  BRIAN ODDO,  STELFENE   *
OFERTON, NORMAN AND ALTHEA   *
OLDENDORF,  MELVIN AND THARNELL   *
O'NEAL,  HELEN ORDON,  ERNEST, SR.   *
AND KIM OWNEY,  RUTH PATTERSON,   *
DANA PAYTON,  CURTIS PEARSON,   *
KENNETH PEARSON,  LILLIE  PECK,   *
CELESTINE PERCY,  CELESTINE PERCY -   *
WHEELER,  CAROLYN PEREZ,  CYNTHIA   *
PERKINS,  CHARLES AND SEMIKO   *
PERKINS,  YVONNE PERRETTE,  KEITH   *
AND JANET PERRIATT,  JOAN AND   *
ALBERT PERRY,  WILLIE MAYE AND   *
WYATT PETTY,  DARREL PIERRE,   *
GISELE AND RUSSELL PLESSY,  IRIS AND   *
ALPHONSE  PONSON,  SHIRLEY PORCHE,   *
BEVERLY A. BOULIGNY POWELL,   *
GEORGIA PRICE, WANDA A. PRICE,   *
RALPH AND ANTOINETTE PUGH,   *
ERLINDA AND KEVEN QUEZAIRE,  JOSIE   *
RAMSEY,  JOSIE K. RAMSEY,  JOHNNY   *
AND BARBARA RAY,  THERESA REFF,   *
BARBARA AND JOSEPH RICHARD,   *
DEBORAH RICHARDSON,  VERNA AND   *
EMILE ROBERSTON,  LINDA ROBERTS,   *
INELL S. ROBERTS,  GERALDINE   *
ROBERTSON,  THERESA ROBERTSON,   *
ELGIN AND ANNETTE ROBERTSON,   *
PATRICIA AND CHRISTINA ROBINSON,   *
KERRY T. AND MIGNONETTE L. ROBY,   *

6

JUANA RODRIGUEZ,  DEBRA AND          *
OBDULIO RODRIGUEZ - SPARKS,          *
LEO ROLLING,   COLLEEN AND BUTLER    *
RONDENO,   GREGORY AND KATHY ROSS, *
BRUCE ROUSSELL,   DONNA M. ROY,      *
SHIRLEY ANN AND HAROLD RUSHING,      *
CYNTHIA SAM,   DWAYNE SANDERS,       *
MARIE SANTEE,   LOU E. AND MARIE A.  *
SANTEE AND SANTEE-BUTLER,   LOUIS    *
SANVILLE,   DALTON AND MARLENE       *
SAVWOIR,  JOHN AND LINDA SCARIANO, *
PATRICK AND ELIZABETH SCARIANO,      *
IRIS AND GRACE SCHEXNAYDER,   JERRI *
WALTER SCHEXNAYDER,   ROY            *
SCHNEIDER,  BERNICE SCOTT,  BESSIE   *
(MARY PAYTON O/B/O) SCOTT,           *
CARDELLA SCOTT,   DAVID AND LORI     *
SHEEHY,  OTIS SIGNAL,  PAMELA J. AND *
TYRONE J.SIGUR, JR.,   BENTON AND    *
BESSIE SIMMONS,  MARK AND JOANN      *
SIMMONS,  RUSSLES AND  STACI SIMMS, *
ELVINA AND DARRYL SIMS,   WALLACE    *
SIMSPSON,   CECELIA N. AND ROGER     *
SMITH,  JIMMET SMITH,  LEE AND       *
MYRTLE SMITH,  MELVIN AND            *
JEANETTE SMITH,  ROBERT SMITH,       *
ROBERT AND ZENOBIA SMITH,   ROSE     *
SOLOMON,  CAROL SPOTTS,  ROBERT      *
AND GERALDINE AND MARGARETTE         *
STARKS-RATLIFF,  JOSEPH AND NAOMI    *
STEPHENSON,  GERALDINE STEWART,      *
DOROTHY STILLS,  LILLIE MAE STOKES, *
MARY SUMMERS,  LEON SWINDLER,        *
IRENE AND DON SYKES,  FLORENCE       *
"TONI" TANNER,  GERTRUDE TATUM,      *
ANNETTE AND HOWARD AND EUNICE        *
TAYLOR,  BARBARA TAYLOR, KENNETH *
A. AND SHIRLEY D. TEMPLE,   ROBERT A. *

7

AND MODONNA L. TERRELL,  LEROY     *
THEARD,  ANTHONY THIBODEAUX,     *
MARY AND HAROLD THOMAS,  KEIWANA *
H. AND COREY THOMAS,  TIMOTHY. SR.   *
AND MARY THROWER,  IDA TOWNSEND,   *
NICOLE AND CARLO TRAVIS,  MARY     *
AND LAWRENCE TRUXILLO,  MARY AND   *
JOSEPH TURNER,  WILSON AND GIGI    *
VARGHESE,  LEONNE VAUGHN,  DONALD *
AND KATHLEEN VILLAVASSO,     *
WILHEMENA VINCENT,  GERMAINE D.   *
WALKER,  EVANGELINE AND PERRY    *
WALKER,  SHEILA WALKER,  ALVIN M.,   *
SR. AND CAROLYN T. WALTON,  ERNEST   *
WARREN,  ANNIE WASHINGTON,     *
DARRYL WASHINGTON,  DINAH     *
WASHINGTON,  SHELIA AND WENDELL   *
WASHINGTON,  ROMAN AND ANNIE    *
WHEELER,  ZINA MARIE WHITE,  CARRIE*
MARIE WHITTLEY,  PATRICK WICKS,    *
EVERETTE & KAREN WILHEMENA,    *
WILLIAM AND BERNADINE MARSHALL,   *
ALVIN WILLIAMS,  PHYLLIS WILLIAMS,   *
WALTER T. AND NANCY WILLIAMS,    *
GWENDOLYN AND  MICHAEL  WILLIAMS, *
JOSEPH L. AND KESA WILLIAMS,  ELLA   *
WILSON,  JAPERLET R. WILSON,     *
JEFFERY G. AND  DIMITRI C.     *
WINCHESTER,  LEAUDREY WINSTON,   *
LORRAINE WOODARD,  ROSA WOODS,   *
FLOYD YOUNG,  DENISE AND  JOHNNIE   *
YOUNGBLOOD,  ARNALDO ZELAYA,    *
SHELTON AND MELINDA ABRAM,  LOUIS *
AND VIRGINIA DABDOUB,  ANTIONETTE   *
AND ANTHONY ENCLARDE,  LATONYA   *
AND STEVEN ELLOIE,  SHERMAN AND   *
ARLES ARNOLD,  DEBORAH AND    *
HERMAN ARMOUR,  WANDA CANTY   *

8

ROSE TOUSSAINT DUMAS AND RUSSELL          *
MARTIN DUMAS,  CATHERINE AND              *
EMILE FOSS ,  LINDA HARGROVE,             *
MARLAND AND MARY KEYS,  DARLYNN           *
MASON,  RAMON AND SILDA RUIZ,             *
JAMES WATKINS,  VIRGINIA ALMORE,          *
BERNADETTE AND HERBERT HOGUE,             *
JOYCEY JOHNSON,  KEITH AND LESLIE         *
BROOKS,  LEROY AND PAMELA                 *
CLANTON,  CARL AND SAMANTHA               *
ENCALADE,  ANABELLE BROOKS                *
MATTHEWS,  GREGORY ROBERTSON,             *
GILDA BURROWS  ROBINSON AND               *
GREGORY ROBINSON,  DINAH AND              *
HOWARD WASHINGTON,  CARLLIS               *
ALPHONSE,  ROY BANKS,  THELMA             *
CATHALOUGNE,  BERNICE CRUMP,              *
DONALD AND LOIS WRIGHT, JEFFREY           *
AND DEBORAH DAVIS, ZENOBIA                *
CARTER,  GLORIA AND RAYMOND               *
CLAYBORNE,  JACQUELYN AND FRANK           *
CELESTIN,  LYNETTE CLAY,  CURTIS          *
GEORGE,  DONNA WILLIAMS,  LYNETTE         *
CALDWELL,  ANDRE AND LOUIS CERRE ,        *
MARIE CHETTA O/B/O IRENE CHETTA,          *
PEARLIE JEFFERSON,  DENISE AND            *
CLARENCE ROBINSON, JR. ,  CATHERINE       *
TAYLOR,  BYRON AND PAT TILLMAN,           *
BRENDA AND RONNIE WILLIAMS,               *
LEONA CARUSO,  CEDRIC CELESTINE,          *
MICHAEL CARUSO,  PAMELA COLLINS,          *
IVORY AND CONSUELLA DELANEY,              *
LEROY HENRY,  ALVIN MCFADDEN,             *
ANN HENRY,  DAMARIS KENNEDY,              *
MICHAEL WILLIAMS,  VANESSA                *
WILLIAMS,  JEANNE BUTTON EATON            *
AND MACDONALD EATON,  IRVING AND          *
IRIS JOHNSON,  ELAINE MARSH, PAUL         *

9

SIMON,  DAVID AND ANNIE SMITH,          *
KAREN STEVENS,  SHERRI CHAIRS,          *
VENDELLER FARVE,  FLORIDA REESE,        *
BONNIE CHEAVIOUS,  NIYA COOPER,         *
JANET JACKSON AND BOBBY JOHNSON,        *
CHARLENE AND JOHNNY MCGILL,             *
DARREL C. PIERRE, JR.,  LYNELL AND      *
ALVIN ROWAN,  HOWARD AND DINAH          *
WASHINGTON ,  MARY BYRD,  LILLIE        *
AND JAMES COOKS,  JOSEPH DUMAS,         *
RUSSELL AND BETTY LASSAIR,              *
BERNICE SCOTT,  DENISE LASSAIR,         *
GWENNYTH THOMAS,  LOLITA MAJOR,         *
KEISHA WRIGHT, DEBRA BRYANT, KEITH`*
AND LESLIE BROOKS, IRVIN AND SYLVIA     *
HATCHER, DAWN LEWIS,  AXCESS            *
MEDICAL CLINIC,  ANTONIO CORNELIUS,*
SHERYL CORNELIUS,  SHIRLEY              *
CRAWFORD,  NAFAMER DENNIS,  EDDIE       *
AND SHARON HANZO,  WILMA SIMS,          *
LEE H. AUSAMA,  C. KNOX LASISTER,       *
JOHN WALKER, JR.,  WENDY AND            *
JOSEPH BAHAM,  GLORIA AND RAYMOND *
CLAYBORNE,  DARRYL DOMINO ,  EDITH *
LEIBE,  MICHAEL REED, RACHAEL           *
TAYLOR, JESSIE WASHINGTON, IRVIN        *
YOUNG,  ROBERT AND ZENOBIA MOORE, *
WARREN BOURGEOIS O/B/O AUDREY           *
BOURGEOIS, RUFFIN AND GUSSIE            *
MCKENZIE, WALTER JAMES,  DANIEL P.      *
WHEELER, LOUETTA COUSON, JIM HALL, *
CECILIA AND NELSON ALEXANDER,           *
MICHAEL AND SHEILA ALEXANDER, EVA *
AND L.J. AUCOIN ,  ARTHUR AUGUSTA,      *
DENNIS AND CHERIE  BARNES,  GLORIA      *
BATLEAU,  ELIZA BERRY,  BERNELL         *
AND GLORIA  BLUE,  ANNIE CAMBRE,        *
GAYNELL COLA,  STACEY COMPASS,          *

MARION CATOYA, EVA AND STEVEN          *
CAMESE,  WILLIAM AND ANNIE             *
CLAUSELL,  DANNY AND DIANE             *
DANFLOUS,  MINDA DANIELS,  ELLAINA     *
DAVIS O/B/O EUGENE SHEDRICK,           *
GLENDALE DEAN,  DAVID DEHARDE,         *
SUSAN AND OSBORNE DEMAS,  FAYE         *
AND ANTOINE DUPLESSIS,  ELAINE         *
ECKOLS,  MILDRED EDMOND,  ANDREA       *
EL-MANSURA,  NORMAN EVANS, JR.,        *
DEBBIE FERNANDEZ, ISRAEL FIELDS, JR.,  *
RONALD AND WANDA GETTRIDGE,            *
ALVIN AND GAIL GEORGE,  GREG           *
GLASPER,  SHARON HANZO O/B/O           *
GEORGIA GUILLOT ,  BERNADETTE          *
HARRIS,  MARILYN HARRIS,  BARBARA      *
AND MARK HEINE,  SHIRLEY HENCE,        *
DEDRALYN HILLS,  ANGELA HOLMES,        *
DAWN AND SEAN HUTH,  LEE D. AND        *
YOLONDE JOHNSON,  SANDRA JOHNSON,      *
VALERIE JORDAN,  ROSETTA AND FELIX     *
JOSEPH,  DORETHA AND ROY KITCHENS,     *
CHIQUITA AND GARY LABOSTRIE, SR.,      *
MERLENE LUNDY,  CHANEL AND             *
CHRISTOPHER MACK ,  SHARON AND         *
MICHAEL MARTIN,  KELVIN AND            *
PAMELA MAGEE, ANA MARSHALL,            *
LILLIE MUDD,  KIM AND ROBERT PRICE,    *
JAMES AND JUDY RAMSEY,  LAURA          *
RAYMOND,  JAMES AND JOYCE RICKER       *
LENA RILEY,  CARLOS RIVERA,  EMILE     *
AND VERNA ROBERTSON,  KERI             *
SCHMIDT,  MARY SHERRETT,  EVELYN       *
TRAVIS,  JOHN TUBBS,  ALMA AND         *
FRANK WELLS, JR.,  ROXYLIN WHITE,      *
BRENDA WILLIAMS,  MINNIE WILLIAMS      *
AND LOUIS WILLIAMS,  NELLIE            *
WILLIAMS,  LAWRENCE WILLIAMS,          *

11

LOUIS WILLIAMS,  PHYLLIS WILLIAMS,    *
RALPH WILLIAMS,  SARAH WILLIAMS,    *
SHIRLEY AND ARTHUR WILLIAMS,    *
KIM WINDER AND KERRY WINDER, GAIL *
YOUNG WOMACK,  IRVIN YOUNG, MARY *
ALEXANDER,  JOYCE ALLEN,  CURTIS    *
AUGUST,  JUDY AND JULIUS ANDREWS ,    *
KATIE ANTHONY,  JOYCE ARMSTEAD,    *
CURTIS AND ALPHONSE AUGUST,    *
ALBERTINE BATISTE,  CAROLYN BELL,    *
KAREN LYNN BELL AND RICHARD BELL,    *
CRYSTAL AND JONAH BERNARD,  ERIC    *
AND YVONNE BLUE,  JAMES BONCK,    *
CORNELIUS BOYD,  JIMMIE AND LYNDA    *
BRAY,  TRACY BROCK,  KATHLEEN    *
BROWN,  NICOLA AND RON BROWN,    *
BILLY BRUNO,  HAROLD BUTLER,    *
DISELE CAPERS,  ALBERDIA AND    *
SEDRICK CARTER,  ALEC AND DIANA    *
CAUSEY,  GINA CHARBONNET,    *
CHANTELL AND COREY CLAIR,  ETHEL    *
COLEMAN,  JUDY AND JAMES COLLINS,    *
MARGIE COLLINS,  LESTER AND    *
MELINDA COOK,  GREGORY AND    *
VALRITA DANDRIDGE,  FOCELL    *
DANIELS, JR.,  KATHERINE DARVILLE,    *
MAKEYAH DAURHAM,  DWIGHT AND    *
ANDREA DEAL,  EARNEST DISON,    *
BRIGITTE DORBERTH,  BRYAN AND    *
JENNIFER DOZIER,  PAULA DUHON,    *
DEBORAH DUNCAN,  BARBARA    *
EDWARDS,  LESLIE AND TRALISS ELLIS,    *
MARY EMERY,  NEAKIA ENCLARDE,    *
ALICIA AND JIMMY FARRIA,  ANTHONY *
FARVE (POWER OF ATTORNEY FOR    *
LILLIE FARVE),  BARBARA AND KERRY    *
FRANK,  IRMA GEORGE,  CONNIE    *
GRISTAND,  EARL GRAY,  BILLY AND    *

12

CHARLES GREEN,  VERONICA GUIDRY,   *
VINCENT GUILLOT,  JIM HALL,  BRENDA *
BRENDA AND GARY HAYES,  TRACY        *
HENRY,  SCHWANDA HILLS,  ROCQUEL   *
AND SCOTTIE HODGES,  ALEX AND        *
CAROLYN JACKSON,  JUDY AND            *
LAWRENCE JACKSON,  REMONIA          *
JACKSON,  CLARENCE AND JANIFER      *
JAMES,  ALVIN AND ANITA JARREAU,    *
MARY AND SHERMAN JONES,  ANNA LEE *
AND BERNARD JOSEPH,  CHARLES         *
JOSEPH,  HAROLD AND MARGEAUX       *
JOSEPH,  PATRICIA AND HAROLD         *
JOSEPH,  DIANNE AND LIONEL JUPITER, *
FREDDIE LEWIS,  CONRAD AND LEOLA   *
LIETEAU,  CHERYL MERCADEL,  ALICE  *
MCKENSIE,  ANNETTE AND HOWARD      *
MCNEIL,  GAIL MICKEN,  LAURA AND    *
RONALD MILLER,  THERESA MILLER,    *
THERESA MILLER O/B/O JOSEPH BANKS *
MICHAEL MILLET, SR.,  KATHLEEN AND *
RALPH MORRIS,  HELEN ORDEN, CURTIS *
PEARSON,  CAROLYN PEREZ,  WILLIE   *
MAE PETTY,  ALBERTA PHILLIPS,  GISELE *
AND RUSSELL PLESSY,  MISTY PRICE,   *
ERLINDA AND KEVEN  QUEZAIRE,       *
DEROY AND EULA RAMBO,  JOSIE        *
RAMSEY,  HAROLD RANDOLPH,  DARREL *
AND RITA RAYMOND,  CAMILLE          *
RICHARDS,  DEIONNA RICHARDSON,     *
JAMES AND FRANCES RILES, INELL       *
ROBERTS,  BRUCE ROUSSELL,  ALVIN   *
AND LYNELL ROWAN,  MIKE SANDERSON *
D/B/A SPECIALIZED COMMERCIAL        *
LEASING,  DALTON AND MARLENE        *
SAVWOIR, CARDELLA SCOTT, RODNEY    *
SCHEXNAYDER,  ROY SCHNEIDER,        *
JEANETTE AND MELVIN SMITH,  LEON    *

13

SWINDLER,  EVANGELINE AND PERRY    *
WALKER,  JESSIE AND SHEILA    *
WASHINGTON,  WENDELL WASHINGTON, *
HOWARD AND DINAH WASHINGTON,    *
FLOREL WASHINGTON,  DENISE AND    *
ALBERT WEBER, MERDIS WELLS, DAWN *
WILLIAMS,  MARY L. HALL,  FRED AND    *
MERLINE YARDROUGH,  HENRY    *
MORTELLARO, III,  LOUISE B. JOHNSON, *
MARY B. LUMAGUI, ERNEST ROME, SR.    *
AND NELLIE ROME,  ALVIN AND JULIA    *
COLLINS,  MACKEY AND JEAN CUTRER,    *
FLOYD EDINBURG, GWENDOLYN AND    *
LARRY MACK, VICTORIA RAINEY,    *
LESLIE AUSTIN,  MELVINA BROWN,    *
FLORENCE CAVILEAR,  BEVERLY    *
DUPREE,  MILDRED EDMOND,    *
LEWELLYN AND ALOMA ELLIOTT,    *
WARREN ERNEST,  EDWIN FENASCI,    *
MARY GREEN,  WAYNE JOHNSON,  RUBY *
JONES,  VIRGINIA JOURDAN,  FLOYD L.    *
MATTHEWS,  YVONNE ROCHON,    *
VANESSA AND JOHN ROSS,    *
YOLANDA SAUL,  AQUANETTA SIMS,    *
 MAJELLA A. AND ELLIOT F. SUTTON,    *
WANDA M. AND LONNIE G. TOWNSEND, *
JR.,  DON AND KENDRA HARDING    *
WASHINGTON,  RAYMOND AND HILDA    *
YOUNG    *

V.

ALEA LONDON LIMITED,  ALLSTATE    *
INDEMNITY COMPANY,  ALLSTATE FIRE *
& CASUALTY INSURANCE COMPANY,    *
ALLSTATE PROPERTY & CASUALTY    *
INSURANCE COMPANY,  ALLSTATE    *
INSURANCE COMPANY,  AMERICAN    *

14

BANKERS INSURANCE COMPANY,                          *
AMERICAN  FAMILY HOME INSURANCE                     *
COMPANY,  AMERICAN GENERAL                          *
PROPERTY INSURANCE COMPANY,                         *
AMERICAN INTERNATIONAL GROUP,                       *
INC.,  AETNA INSURANCE COMPANY,                     *
AMERICAN MODERN HOME INSURANCE                      *
COMPANY,  AMERICAN NATIONAL                         *
GENERAL INSURANCE COMPANY,                          *
AMERICAN RELIABLE INSURANCE                         *
COMPANY,  AMERICAN SECURITY                         *
INSURANCE COMPANY,  AMERICAN                        *
NATIONAL  PROPERTY & CASUALTY                       *
INSURANCE COMPANY,  ANPAC                           *
LOUISIANA INSURANCE COMPANY,                        *
ARMED FORCES INSURANCE EXCHANGE,                    *
ASSURANT GROUP,  AUDUBON                            *
INSURANCE COMPANY, AUTO CLUB                        *
FAMILY INSURANCE COMPANY,  AXIS                     *
INSURANCE COMPANY,  AXIS SURPLUS                    *
INSURANCE COMPANY,   BANKERS                        *
INSURANCE COMPANY,  CENTRE                          *
INSURANCE COMPANY,  COLONY                          *
INSURANCE COMPANY,  EMPIRE FIRE                     *
AND MARINE INSURANCE COMPANY,                       *
EMPIRE INDEMNITY INSURANCE                          *
COMPANY,  ENCOMPASS INDEMNITY                       *
COMPANY, ENCOMPASS PROPERTY AND                     *
CASUALTY COMPANY,  FARMERS                          *
INSURANCE EXCHANGE,  FIDELITY AND                   *
DEPOSIT COMPANY OF  MARYLAND,                       *
FIDELITY AND DEPOSIT COMPANY OF                     *
NEW YORK,   FIDELITY AND GUARANTY                   *
INSURANCE COMPANY,  FIDELITY                        *
NATIONAL INSURANCE COMPANY,                         *
FIDELITY NATIONAL PROPERTY AND                      *
CASUALTY INSURANCE COMPANY,                         *
FIREMAN'S FUND INSURANCE COMPANY,                   *

15

GMAC DIRECT INSURANCE COMPANY,   *
GREAT AMERICAN ASSURANCE   *
COMPANY,  GUIDEONE SPECIALTY   *
MUTUAL INSURANCE COMPANY,  THE   *
HANOVER INSURANCE COMPANY,   *
HARTFORD ACCIDENT AND INDEMNITY   *
COMPANY  HARTFORD CASUALTY   *
INSURANCE COMPANY, HARTFORD FIRE   *
INSURANCE COMPANY, THE HARTFORD   *
INSURANCE COMPANY, HARTFORD   *
UNDERWRITERS INSURANCE COMPANY,   *
HOMESITE INSURANCE COMPANY,   *
HORACE MANN INSURANCE COMPANY,   *
LEXINGTON INSURANCE COMPANY,   *
LIBERTY MUTUAL FIRE INSURANCE   *
COMPANY, LIBERTY MUTUAL   *
INSURANCE COMPANY,  GMAC   *
INSURANCE COMPANY,  COUNTRYWIDE   *
INSURANCE COMPANY,  LM INSURANCE   *
CORPORATION,  MERITPLAN INSURANCE   *
COMPANY,  METROPOLITAN PROPERTY   *
AND CASUALTY INSURANCE COMPANY,   *
MET LIFE AUTO & HOME INSURANCE   *
COMPANY,  NATIONAL LLOYDS   *
INSURANCE COMPANY,  NATIONAL   *
SECURITY FIRE & CASUALTY   *
COMPANY,  NATIONAL UNION FIRE   *
INSURANCE COMPANY OF LOUISIANA,   *
LENDERS GROUP,  SECURITY PLAN FIRE   *
INSURANCE COMPANY,  UNITRIN/KEMPER *
INSURANCE COMPANY,  PROCTOR   *
INSURANCE COMPANY,  SCOTTSDALE   *
INSURANCE COMPANY,  LOUISIANA   *
CITIZENS PROPERTY INSURANCE   *
CORPORATION,  ST. PAUL TRAVELERS   *
GROUP,  STANDARD FIRE   *
INSURANCE COMPANY,  STATE FARM   *
COMPANIES,  STATE FARM FIRE AND   *

16

CASUALTY COMPANY,  STATE FARM                 *
GENERAL INSURANCE COMPANY,  STATE *
NATIONAL FIRE INSURANCE COMPANY,   *
STATE NATIONAL INSURANCE                      *
COMPANY, INC.,  TRAVELERS                      *
INSURANCE COMPANY,  THE TRAVELERS *
INDEMNITY COMPANY,  REPUBLIC FIRE   *
& CASUALTY INSURANCE COMPANY,           *
USAA CASUALTY  INSURANCE COMPANY, *
UNDERWRITERS AT LLOYD'S, LONDON,     *
UNITED FIRE AND CASUALTY COMPANY,   *
UNITED NATIONAL FIRE INSURANCE        *
COMPANY,  UNITED SERVICES                      *
AUTOMOBILE ASSOCIATION,  ZC              *
STERLING CORPORATION,  REPUBLIC       *
FIRE & CASUALTY INSURANCE                     *
COMPANY,  REPUBLIC LLOYDS                     *
INSURANCE COMPANY,  UNION                     *
NATIONAL INSURANCE COMPANY,            *
NATIONAL FLOOD INSURANCE                     *
PROGRAM,   BALBOA INSURANCE              *
COMPANY/NEWPORT INSURANCE               *
COMPANY,   IMPERIAL FIRE &                   *
CASUALTY INSURANCE COMPANY,            *
SOUTHWEST BUSINESS CORPORATION,    *
LOUISIANA FARM BUREAU INSURANCE    *
COMPANY, FEMA, LAFAYETTE                   *
INSURANCE COMPANY,  OXFORD               *
INSURANCE COMPANY                                 *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

FILED:_____          _____
                                                                  DEPUTY CLERK

## COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come plaintiffs, who respectfully submit

the following:

17

1.

Plaintiffs herein in are:

Joseph Aguilar, III, Luis A. Agulia, Yolanda and Karen Alcorn, Dianne Alexander, Sharon Alexis, Irvin Algy, Algy and Mary Irvin, Benny and Caroyln Alphonse, Curtis Alphonse, Eva Anderson, Judy and Julius Andrews, Don and Patricia Aperwhite, Debra and Herman Armour, Joyce M. Armstead, Rhonda Dupree and Nathan Armstrong, Martin Arthur, Avis August, Sybil and Jonas Austin, Randy Bab, Jacqueline Baker, Glen and Monique Banks, Marilyn and Larry Barabino, Beaulah Barabino, Rita and Larry Barard, Montrell Barard, Conrad Barre, II, Fabiola Bass, Penny and Alvin Baumer, Roshonda Bell, Burnell and Norma Bemiss, Ella Benson, Cory and Shannon Bergeron, Crystal and Jonah Bernard, Lois and Wallace Bertrand, Robert Bester, Jimmie and Kathyleen Bicham, Carolyn Bienemy, Wayne and Denise Bierria, Raynard and Mamie Bierria, Judy and Leon Blouin, Regina Blue, Rudolph and Marla Boyd, Jimmie and Lynda Bray, Stacy and Timothy Brewer, Kimberlyn and Luther Bridges, Richonda L. Bridges, Frank and Katherine Britton, Carroll, Sr. and Minnie Britton, Dianne Dixon Britton, Joseph Brock, Gloria C. Broussard, Francis J. Brown, Brandon Brown, Donald and Latonya Brown, Floyd, Sr. and Patricia Brown, Jasshana Brown, Elysia Burgess, Barbara Burke, Bernice Burns, Gwendolyn and Hamilton Burns, Gwendolyn and Hilton Burns, Harold Butler, Yvette Ann Cage, Douglas Dean Callahan, Yvette Cambridge, Jeffery Caruso, Charin Richard, Chantell and Corey Clair, Joyce and Richard Clipps, Michele and Walter Colbert, Jr., Charles and Joan Coleman, Natalie Coleman, Willhelmina

Conrad, Burnell Cotlon, Justis J. Crespo, Focell Daniels, Vincent Darensbourg, Makeyah and

Ronald Daurham Miller, Shandon and Tabitha Davis, Dwight and Andrea Deal, Catherine and

Joseph Dedunes, Catherine Desdunes, Edward and Carolyn Dingemen, Earnest and Gwendolyn

Dison, Darrell and Gina Donald, Brigitte Dorberth, Cassandra Doss, Deborah Duncan, Kim and

Phyllis Dunn, Charlie Edwards, Lillie Edwards, Maya and Willie Moten Edwards, Mary Emery,

Geralyn Faciane, Retta Farley, John and Deryl Farria, Lee Ann Faulk, Joyce Favorite, Joseph

Ferdinand, Allen Fernandez, Christiana Ford, Helen Ford, Raymond Jr. and Michole Forman,

Catherine B. and Emile R. Foss, Albert and Brenda Fournette, Shirl and Thaddeus Francis, Rose

Freeman, Marva Gaines, Dianne Gaines, Sherrie M. And Lloyd E. Galatas, Ethel Gatlin, Irma

George, Zina E. Ghoram and Anthony Singleton, Aniece Gibbs, Joseph and Michelle Gibbs,

Teresita Gilbert, Claudia and Clarence Gillard, Emma Giron, Anna C. Gordon, Eric and Barbara

Gordon, James Iii and Catherine Grayol, Donna M. and Raymond Green, Jr., Lynette Green,

Victoria Griffin, Firldeal A. Grimes, Palacio Guillermo, Leslie and Troy Guimont, Ashton and

Jacqueline Gumpert, Attanayake Gunaranjan, Elaine J. Gutter, Augizine Guy, Carl and Shannon

Hackenjos, Wendy and Marcellies Hammond, Jr., Carmen Handy, Eddie and Sharon Hanzo,

Oliver W. Harris, Robert & Elizabeth Hart, Latoshia Hayes, Nicole and Jamar Hayes, Annie

Haynes, Willie and Elaine Haywood, Alma Henderson, Sheila W. Henry, Rita E. Henry, Michael

D. Hill, Schwanda Hills, Georgia Hitchens, Lionel Hodge, Scottie and Racquel Hodges, Denise

Holman, Billy Hopson, Bertha Horhn, Greg and Lucrecia Hornberger, Thomas J. and Esther

Howard,  Linda Hubbard,  Patricia Hubbard,  Wilma and Jessie Huggins Golden, Charles M. and Aloma Hutchinson,  Aaron and Karen Smith Jackson,  Albert and Myrna Jackson, Carolyn and Andrew Jackson,  Gloria Jackson,  John Jackson,  Judy Jackson,  Leola and Jerry James,  Vallery Janice,  Mary Ethel Jaque,  Muriel Jarrell,  Elisha and Delores Jason, Jr.,  Otha Jefferson,  Richard Jefferson,  Shelita A. Jenkins,  Delinda Johnson,  James W.  and Particia M. Johnson,  Seanduela A. Johnson, Paul F., III and Yolanda Johnson - Shoals,  Everlean T. and Richard Jolla,  Charles and Lama Jones, Geraldine Jones, Sinatra and Stephanie Jones, Harold Jr. and Karen W. Jones,  Loretta Jones,  Samuel and Elaine Jones,  Charles and Anna Lee Joseph,  Patricia and Harold Joseph, Candy Journee,  Carl and Toni Keller,  Tyrone Kennedy,  Barbara and Larry Kimbrough, Grace J. King,  Danelle E. Kirchem,  William and  Sandra Klock,  Stanley and Latonya Knight,  Yolanda Lacoste,  Beverly A. and Irma Landry,  Gregory and Cheryl Lassair, Denise Lassair,  Sheryl Lawrence,  Barbara A. Lee,  Darren J., Sr. & Rhonda M. Lee,  Espernza Lee,  Janice D. and Mcallister Lee,  Rebecca Lee,  Richard Leflore, Claudia and Carl Leon,  Aleane Lepree,  Claudia and Carl Francis Lesassier,  Elliott and Aloma Lewellyn,  Johnnie S. and Loretta L. Lewis,  Mildred and Solomon Lewis,  Renita F. and Steve Lewis,  Dawn and Ernest Turner Lewis,  Ralph X., Jr. and Brenda A. L'Herisse,  Edna Lockett, Melanie and David Lofton Johanis and Nathalie Luckett, Gilbert and Joan Luke,  Steven and Bernadine Luke, Donald A., Jr. and Gail M. Lyons, Gwendolyn and Larry Mack, Eldora and Wilton Madison, Thomas Maestri,  Patricia A. Magee, Sampson Major, Willie J., Jr. and Darlene M. Major,  Chandra and Derrick Maples,  Margaux and Joseph Bernard,

Jr.,  Cornell and Adrienne Mathieu,  Doris May, Rudolph and Christine May, Lottie McCarty,

Sandra G. and Vaster L. McCormick,  Alvin McFadden,  Freddie McFadden,  Johnny and Charlene

Mcgill,  Taylor and Ruby Mcguire,  Giselle McKinney,  Mary and John McKinnon,  Carolyn J.

Melancon,  Dana and Patricia Melvin,  Cheryl Mercadal,  Debbie M. and Carl Mesley, Jr.,  Dale J.

and John A. Messina,  Chantele Mitchell and Rudley Miland - Mitchell,  Edmond Mildred,  Barbara

Miller,  Makeyah D. and Ronald A. Miller,  James Milna,  Melvin Mitchell,  Charles and Linda

Moore, Ellen Moore, Baron O. Moore,  Maxine M. Morgan,  Betty Morgan and Debra M. Campbell

Morgan/Johnson,  James Riles, Sr. Morning Star Baptist Church,   Leonard and Janie Mosley,

Willie and Maya Moten,  Richard and Darlene Sullivan Mustacchia,  Claude and Nadine Jermaine,

 Charles Napoleon,  Daryl and Maqueta Naquin,  Urence and Neotha Nelson, Gary and Warnett

Craig Netter,  Evrett and Althea Newman,  Rose Nicholas - Solomon,  Shelia Norwood, Gloria R.

O'Connor,  Brian Oddo,  Stelfene Oferton,  Norman and Althea Oldendorf,  Melvin and Tharnell

O'Neal, Helen Ordon,  Ernest, Sr. and Kim Owney,  Ruth Patterson,  Dana Payton, Curtis Pearson,

Kenneth Pearson,  Lillie Peck,  Celestine Percy, Celestine Percy - Wheeler,  Carolyn Perez,  Cynthia

Perkins,  Charles and Semiko Perkins,  Yvonne Perrette,  Keith and Janet Perriatt,  Joan and

Albert Perry,  Willie Maye and Wyatt Petty,  Darrel Pierre,  Gisele and Russell Plessy, Iris and

Alphonse Ponson,  Shirley Porche,  Beverly A. Bouligny Powell,  Georgia Price, Wanda A. Price,

Ralph and Antoinette Pugh,  Erlinda and Keven Quezaire,  Josie Ramsey,  Josie K. Ramsey,  Johnny

and Barbara Ray,  Theresa Reff, Barbara and Joseph Richard,  Deborah Richardson,  Verna and

21

Emile Roberston,  Linda Roberts,  Inell S. Roberts,  Geraldine Robertson,  Theresa Robertson,

Elgin and Annette Robertson, Patricia and Christina Robinson,  Kerry T. and Mignonette L. Roby,

Juana Rodriguez,  Debra and Obdulio Rodriguez - Sparks, Leo Rolling, Colleen and Butler

Rondeno,   Gregory and Kathy Ross,  Bruce Roussell, Donna M. Roy,  Shirley Ann and Harold

Rushing,  Cynthia Sam,  Dwayne Sanders,  Marie Santee,  Lou E. and Marie A. Santee and Santee-

Butler,   Louis Sanville,Dalton and  Marlene Savwoir,  John and Linda Scariano,   Patrick and

Elizabeth Scariano,  Iris and Grace Schexnayder,  Jerri Walter Schexnayder,  Roy Schneider,

Bernice Scott,   Bessie (Mary Payton O/B/O) Scott,  Cardella Scott,  David and Lori Sheehy, Otis

Signal, Pamela J. and Tyrone J. Sigur, Jr.,  Benton and Bessie Simmons,  Mark and Joan Simmons,

Russles and Staci Simms, Elvina and Darryl Sims, Wallace Simspson, Cecelia N. and Roger Smith,

Jimmet Smith,   Lee and Myrtle Smith,   Melvin and Jeanette Smith,  Robert Smith,  Robert and

Zenobia Smith,  Rose Solomon,  Carol Spotts,  Robert and Geraldine and Margarette Starks-Ratliff,

Joseph and Naomi Stephenson,  Geraldine Stewart,  Dorothy Stills, Lillie Mae Stokes, Mary

Summers,  Leon Swindler,  Irene and Don Sykes,  Florence "Toni" Tanner,  Gertrude Tatum,

Annette and Howard and Eunice Taylor, Barbara Taylor,  Kenneth A. and Shirley D. Temple,

Robert A. and Modonna L. Terrell,  Leroy  Theard,  Anthony Thibodeaux,  Mary and Harold

Thomas,  Keiwana H. and Corey Thomas,   Timothy. Sr. and Mary Thrower, Ida Townsend,

Nicole and Carlo Travis,  Mary and Lawrence Truxillo,  Mary and  Joseph Turner,   Wilson and

Gigi Varghese,   Leonne Vaughn,    Donald  and  Kathleen  Villavasso, Wilhemena Vincent,

Germaine D. Walker, Evangeline and Perry Walker, Sheila Walker, Alvin M., Sr. and Carolyn T. Walton, Ernest Warren, Annie Washington, Darryl Washington, Dinah Washington, Shelia and Wendell Washington, Roman and Annie Wheeler, Zina Marie White, Carrie Marie Whittley, Patrick Wicks, Everette & Karen Wilhemena, William and Bernadine Marshall, Alvin Williams, Phyllis Williams, Walter T. and Nancy Williams, Gwendolyn and Michael Williams, Joseph L. and Kesa Williams, Ella Wilson, Japerlet R. Wilson, Jeffery G. and Dimitri C. Winchester, Leaudrey Winston, Lorraine Woodard, Rosa Woods, Floyd Young, Denise and Johnnie Youngblood, Arnaldo Zelaya, Shelton and Melinda Abram, Louis and Virginia Dabdoub, Antionette and Anthony Enclarde, Latonya and Steven Elloie, Sherman and Arles Arnold, Deborah and Herman Armour, Wanda Canty, Rose Toussaint Dumas and Russell Martin Dumas, Catherine and Emile Foss, Linda Hargrove, Marland and Mary Keys, Darlynn Mason, Ramon and Silda Ruiz, James Watkins, Virginia Almore, Bernadette and Herbert Hogue, Joycey Johnson, Keith and Leslie Brooks, Leroy and Pamela Clanton, Carl and Samantha Encalade, Anabelle Brooks Matthews, Gregory Robertson, Gilda Burrows Robinson and Gregory Robinson, Dinah and Howard Washington, Carllis Alphonse, Roy Banks, Thelma Cathalougne, Bernice Crump, Donald and Lois Wright, Jeffrey and Deborah Davis, Zenobia Carter, Gloria and Raymond Clayborne, Jacquelyn and Frank Celestin, Lynette Clay, Curtis George, Donna Williams, Lynette Caldwell, Andre and Louis Cerre, Marie Chetta o/b/o Irene Chetta, Pearlie Jefferson, Denise and Clarence Robinson, Jr., Catherine Taylor, Byron and Pat Tillman,Brenda and Ronnie Williams,

Leona Caruso,  Cedric Celestine,  Michael Caruso,  Pamela Collins,  Ivory and Consuella Delaney,
Leroy Henry,  Alvin Mcfadden,  Ann Henry,  Damaris Kennedy, Michael Williams, Vanessa
Williams,  Jeanne Button Eaton and Macdonald Eaton,  Irving and Iris Johnson,  Elaine Marsh,
Paul Simon,  David and Annie Smith,  Karen Stevens,  Sherri Chairs,  Vendeller Farve,  Florida
Reese,  Bonnie Cheavious,  Niya Cooper,  Janet Jackson and Bobby Johnson, Charlene and Johnny
McGill,  Darrel C. Pierre, Jr.,  Lynell and Alvin Rowan,  Howard and Dinah Washington,  Mary
Byrd,  Lillie and James Cooks,  Joseph Dumas,  Russell and Betty Lassair,  Bernice Scott,  Denise
Lassair,  Gwennyth Thomas,  Lolita Major,  Keisha Wright, Debra Bryant, Keith and Leslie Brooks,
Irvin and Sylvia Hatcher,  Dawn Lewis,  Axcess Medical Clinic,  Antonio Cornelius,  Sheryl
Cornelius,  Shirley Crawford,  Nafamer Dennis,  Eddie and Sharon Hanzo,  Wilma Sims,  Lee H.
Ausama,  C. Knox Lasister,  John Walker, Jr.,  Wendy and Joseph Baham,  Gloria and Raymond
Clayborne,  Darryl Domino,  Edith Leibe,  Michael Reed,  Rachael Taylor, Jessie Washington
Irvin Young,  Robert and Zenobia Moore,  Warren Bourgeois o/b/o Audrey Bourgeois, Ruffin and
Gussie Mckenzie, Walter James,  Daniel P. Wheeler, Louetta Couson, Jim Hall,  Cecilia and Nelson
Alexander,  Michael and Sheila Alexander, Eva and L. J. Aucoin,  Arthur Augusta, Dennis and
Cherie Barnes,  Gloria Batleau,  Eliza Berry,  Bernell and Gloria  Blue,  Annie Cambre,  Gaynell
Cola,  Stacey Compass,  Marion Catoya,  Eva and Steven Camese,  William and Annie Clausell,
Danny and Diane Danflous,  Minda Daniels,  Ellaina Davis o/b/o Eugene Shedrick,  Glendale Dean,
David Deharde, Susan and Osborne Demas,  Faye and Antoine Duplessis,  Elaine Eckols,  Mildred

24

Edmond, Andrea El-Mansura, Norman Evans, Jr., Debbie Fernandez, Israel Fields, Jr., Ronald

and Wanda Gettridge, Alvin and Gail George, Greg Glasper, Sharon Hanzo o/b/o Georgia Guillot,

Bernadette Harris, Marilyn Harris, Barbara and Mark Heine, Shirley Hence, Dedralyn Hills,

Angela Holmes, Dawn and Sean Huth, Lee D. and Yolonde Johnson, Sandra Johnson, Valerie

Jordan, Rosetta and Felix Joseph, Doretha and Roy Kitchens, Chiquita and Gary Labostrie, Sr.,

Merlene Lundy, Chanel and Christopher Mack, Sharon and Michael Martin, Kelvin and

Pamela Magee, Ana Marshall, Lillie Mudd, Kim and Robert Price, James and Judy Ramsey,

Laura Raymond, James and Joyce Ricker, Lena Riley, Carlos Rivera, Emile and Verna Robertson,

Keri Schmidt, Mary Sherrett, Evelyn Travis, John Tubbs, Alma and Frank Wells, Jr., Roxylin

White, Brenda Williams, Minnie Williams and Louis Williams, Nellie Williams, Lawrence

Williams, Louis Williams, Phyllis Williams, Ralph Williams, Sarah Williams, Shirley and Arthur

Williams, Kim Winder and Kerry Winder, Gail Young Womack, Irvin Young, Mary Alexander,

Joyce Allen, Curtis August, Judy and Julius Andrews, Katie Anthony, Joyce Armstead,

Curtis and Alphonse August, Albertine Batiste, Carolyn Bell, Karen Lynn Bell and Richard Bell,

Crystal and Jonah Bernard, Eric and Yvonne Blue, James Bonck, Cornelius Boyd, Jimmie and

Lynda Bray, Tracy Brock, Kathleen Brown, Nicola and Ron Brown, Billy Bruno, Harold Butler,

Disele Capers, Alberdia and Sedrick Carter, Alec and Diana Causey, Gina Charbonnet, Chantell

and Corey Clair, Ethel Coleman, Judy and James Collins, Margie Collins, Lester and Melinda

Cook, Gregory and Valrita Dandridge, Focell Daniels, Jr., Katherine Darville, Makeyah Daurham,

Dwight and Andrea Deal, Earnest Dison, Brigitte Dorberth, Bryan and Jennifer Dozier, Paula Duhon, Deborah Duncan, Barbara Edwards, Leslie and Traliss Ellis, Mary Emery, Neakia Enclarde, Alicia and Jimmy Farria, Anthony Farve (Power of Attorney for Lillie Farve), Barbara and Kerry Frank, Irma George, Connie Gristand, Earl Gray, Billy and Charles Green, Veronica Guidry, Vincent Guillot, Jim Hall, Brenda and Gary Hayes, Tracy Henry, Schwanda Hills, Rocquel and Scottie Hodges, Alex and Carolyn Jackson, Judy and Lawrence Jackson, Remonia Jackson, Clarence and Janifer James, Alvin and Anita Jarreau, Mary and Sherman Jones, Anna Lee and Bernard Joseph, Charles Joseph, Harold and Margeaux Joseph, Patricia and Harold Joseph, Dianne and Lionel Jupiter, Freddie Lewis, Conrad and Leola Lieteau, Cheryl Mercadel, Alice McKensie, Annette and Howard McNeil, Gail Micken, Laura and Ronald Miller, Theresa Miller, Theresa Miller O/b/o Joseph Banks, Michael Millet, Sr., Kathleen and Ralph Morris, Helen Orden, Curtis Pearson, Carolyn Perez, Willie Mae Petty, Alberta Phillips, Gisele and Russell Plessy, Misty Price, Erlinda and Keven Quezaire, Deroy and Eula Rambo, Josie Ramsey, Harold Randolph, Darrel and Rita Raymond, Camille Richards, Deionna Richardson, James and Frances Riles, Inell Roberts, Bruce Roussell, Alvin and Lynell Rowan, Mike Sanderson d/b/a Specialized Commercial Leasing, Dalton and Marlene Savwoir, Cardella Scott, Rodney Schexnayder, Roy Schneider, Jeanette and Melvin Smith, Leon Swindler, Evangeline and Perry Walker, Jessie and Sheila Washington, Wendell Washington, Howard and Dinah Washington, Florel Washington, Denise and Albert Weber, Merdis Wells, Dawn Williams, Mary L. Hall, Fred

26

and Merline Yardrough and Henry Mortellaro, III, Louise B. Johnson, Mely B. Lumagui, Ernest

Rome, Sr. and Nellie Rome, Alvin and Julia Collins, Mackey and Jean Cutrer, Floyd Edinburg,

Gwendolyn and Larry Mack, Victoria Rainey, Leslie Austin, Melvina Brown, Florence Cavilear,

Beverly Dupree, Mildred Edmond, Lewellyn and Aloma Elliott, Warren Ernest, Edwin Fenasci,

Mary Green, Wayne Johnson, Ruby Jones, Virginia Jourdan, Floyd L. Matthews, Yvonne Rochon,

Vanessa and John Ross, Yolanda Saul, Aquanetta Sims, Majella A. and Elliot F. Sutton, Wanda M.

and Lonnie G. Townsend, Jr., Don and Kendra Harding Washington, Raymond and Hilda Young.

2.

Made defendants herein are:

Alea London Limited, Allstate Indemnity Company,  Allstate Fire & Casualty Insurance Company,

Allstate Property & Casualty Insurance Company, Allstate Insurance Company, American

Bankers Insurance Company, American  Family Home Insurance Company,  American General

Property Insurance Company, American International Group, Inc., Aetna Insurance Company,

American Modern Home Insurance Company,  American National General Insurance Company,

American Reliable Insurance Company, American Security Insurance Company,  American

National Property & Casualty Insurance Company, Anpac Louisiana Insurance Company,

Armed Forces Insurance Exchange,  Assurant Group,  Audubon Insurance Company,  Auto Club

Family Insurance Company,  Axis Insurance Company,  Axis Surplus Insurance Company,

Bankers Insurance Company, Centre Insurance Company, Colony Insurance Company, Empire Fire

27

and Marine Insurance Company, Empire Indemnity Insurance Company, Encompass Indemnity Company, Encompass Property and Casualty Company, Farmers Insurance Exchange, Fidelity and Deposit Company of Maryland, Fidelity and Deposit Company of New York, Fidelity and Guaranty Insurance Company, Fidelity National Insurance Company, Fidelity National Property and Casualty Insurance Company, Fireman's Fund Insurance Company, GMAC Direct Insurance Company, Great American Assurance Company, GuideOne Specialty Mutual Insurance Company, the Hanover Insurance Company, Hartford Accident and Indemnity Company    Hartford Casualty Insurance Company, Hartford Fire Insurance Company, The Hartford Insurance Company, Hartford, Underwriters Insurance Company, Homesite Insurance Company, Horace Mann Insurance Company, Lexington Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, GMAC Insurance Company, Countrywide Insurance Company, LM Insurance Corporation, Meritplan Insurance Company, Metropolitan Property and Casualty Insurance Company, Met Life Auto & Home Insurance Company, National Lloyds Insurance Company, National Security Fire & Casualty Company, National Union Fire Insurance Company of Louisiana, Lenders Group, Security Plan Fire Insurance Company, Unitrin/Kemper Insurance Company, Proctor Insurance Company, Scottsdale Insurance Company, Louisiana Citizens Property Insurance Corporation, St. Paul Travelers Group, Standard Fire Insurance Company, State Farm Companies, State Farm Fire and Casualty Company, State Farm General Insurance Company, State National Fire Insurance Company, State National Insurance Company, Inc.,

28

Travelers Insurance Company, The Travelers Indemnity Company,  Republic Fire & Casualty Insurance Company,  USAA Casualty Insurance Company, Underwriters at Lloyd's, London, United Fire and Casualty Company,   United National Fire Insurance Company, United Services Automobile Association,  ZC Sterling Corporation,  Republic Fire & Casualty Insurance Company, Republic Lloyds Insurance Company,   Union National Insurance Company,  National Flood Insurance Program,  Balboa Insurance Company/Newport Insurance Company,  Imperial Fire & Casualty Insurance Company,  Southwest Business Corporation,  Louisiana Farm Bureau Insurance Company,  FEMA,  Lafayette Insurance Company, Oxford Insurance Company.

3.

All plaintiffs are and/or were owners of immoveable property within the State of Louisiana and the jurisdiction of this Honorable Court which sustained damage on or about August 29, 2005 as a result of Hurricane Katrina and have made claims for recovery of those damages pursuant to contracts of property, commercial, business, rental and/or flood insurance issued to them for the properties in question by one or more of the named defendant.

4.

Defendants are insurance companies who issued policies of property, commercial, business, rental and/or flood insurance to the plaintiffs herein insuring them against various losses sustained by them as a result of Hurricanes Katrina.

29

## JURISDICTION

5.

This Court has jurisdiction pursuant to 28 USCA 1331, federal question and 28 USCA 1332 in that a significant number of the claims are made under the National Flood Insurance Program under which this court has exclusive original jurisdiction pursuant to 42 USCA 4053 because the insured property is situated within this district. and there exists diversity of citizenship between all plaintiffs and all defendants and the amount in controversy for each exceeds $75,000.00 exclusive of interest and costs.

## FACTUAL ALLEGATIONS

6.

Plaintiffs were all owners of property in southeastern Louisiana all within the jurisdiction of this Honorable Court.

7.

Defendant insurance companies all issued policies of homeowners' property, commercial, business, rental and/or flood insurance covering plaintiffs' property in southeast Louisiana.

8.

On the morning of August 29, 2005 Hurricane Katrina made landfall in Southeast Louisiana.

9.

As a result of the hurricane force winds and consequent failure of levees, plaintiffs'

properties were severely damaged and/or destroyed.

10.

Plaintiffs' homeowners' property, business and commercial, rental and/or flood insurance policies were all in full force and effect on and about August 29, 2005.

11.

All of said policies issued by the defendants provided coverage for losses and damages sustained by plaintiffs.

12.

Plaintiffs promptly reported the damage to the respective insurance company defendants and therefore the insurance company defendants knew almost immediately that plaintiffs' property had sustained severe physical and structural damage and that plaintiffs had sustained other losses and damages covered under the policies in question.

13.

All plaintiffs submitted proof of losses to their respective insurance company defendants.

14.

After submission of proper proof of loss, insurance companies tendered insufficient and untimely payments to the plaintiffs, said tenders did not contemplate the complete scope of repairs, damages, including but not limited to post-Katrina unit cost, labor cost and material cost, overhead and profit for the contractor hired to do repairs, adequate compensation for the loss of contents and

additional living expenses, business interruption, business loss, loss of income, profits, rental income and other recoverable items to be shown at trial.

15.

To date defendants have failed to make adequate payments on plaintiffs' claim under their homeowner's property policies, rental, flood policies and/or business and commercial policies despite the fact that plaintiffs have complied with all of their duties and responsibilities as set forth in those policies.                                                16.

The policies above mentioned issued by the defendants were an all-risk policies or flood policies providing coverage for the property of the plaintiff at the designated premises. The premises were heavily damaged by wind and, subsequent thereto, were inundated when the levees were breached in and around Orleans Parish. Defendants have refused to pay pursuant to the policies for the wind damage and resulting damage from rain and additionally failed to make any compensation to plaintiff for inundation of the property as a result of the breaches of the levees. Plaintiffs specifically alleged that all damages sustained were in fact covered under the policies issued by the defendants and that any flood exclusions in the policies were ambagious and therefore ineffective to exclude recovery for the damages alleged and the exclusions did not apply to flooding caused by negligence or fault of a third party. Plaintiffs further allege that flood defendants have underpaid their insureds for damages to property as a result of the levee breaches and subsequent flooding from a man-made cause, through the negligence and or fault of third parties for whom

32

plaintiffs are not responsible.

## CAUSES OF ACTION

### 17.

Specifically, the defendants breached their various duties to the petitioners, their insureds, in the following but not limited respects:

a.)   In hiring incompetent and inexperienced adjusters;

b.)   In negligently failing to adjust petitioners' claims in a timely manner;

c.)   In systematically using adjusters to undervalue the payments of claims;

d.)   In systematically pressuring adjusters to reduce claims;

e.)   In modifying adjuster's reports without adjusters consent to reduce estimates;

f.)   By using multiple adjusters with the effect and or intent of delaying payments;

g.)   In using the need for an engineering report to act as a delaying tactic in making payments under their policies;

h.)   In negligently failing to pay petitioners' claims in the correct amounts and in a timely manner; and

i.)   Improperly instituting policies, customs, practices and procedures encouraging and directing their adjusters to maximize damage reportedly caused by flood and to minimize damage caused by wind in an effort calculated to deny benefits owed to the petitioners.

33

18.

Petitioners allege that to the extent that the defendants has attempted to enforce any anti-concurrent cause clause, such is invalid under Louisiana Law and any reliance thereon by the defendant was arbitrary, capricious and constituted bad faith entitling petitioners to damages, attorneys' fees and penalties under Louisiana Law.

19.

The failure of the defendants to make just and adequate payment on claims made under the policies they have issued constitutes negligence and further violates widely accepted standards throughout the insurance industry, their actions further constitute violations of fair claims adjusting practices and violations of multiple state and Federal statutes concerning regulation of the insurance industry and fair trade practices all of which rendered defendants liable for interest, penalties, attorneys' fees and punitive damages, if applicable, in addition to amounts still remaining due under policy provisions.

20.

Plaintiffs further allege that the defendants engaged in a bad faith adjusting scheme to deprive its insureds of full policy benefits for which they paid and such scheme was in violation of both State and Federal Law concerning unfair business practices .

21.

The unfair practices utilized by insurers herein include, but are not limited to, the following:

1.      Failing to properly advise insureds of the available coverages applicable to plaintiffs' homeowner's, business, commercial and flood policies;

2.      Failing to properly adjust claims;

3.      Refusing to pay for mold damage which occurred from the covered loss;

4.      Improperly applying concurrent causation clauses of the insurance policies; and

5.      Violation of Louisiana Unfair Claims Practices Act, specifically, Revised Statute 22:1214 (14) (a) - (o).

22.

Defendants herein have failed to comply with Louisiana's Valued Policy Clause, La. R.S. 22:695. This failure to comply includes, but is not limited to taking unfair, unjustified and improper deductions, devaluations, depreciation and therefore failing to pay full value of the policy for houses that were a total loss.

23.

La R.S. 22:658 requires insurers, among other things, to pay the amount of any claim due its insureds within thirty (30) days after receipt of satisfactory proof of loss, to initiate loss adjustment within thirty (30) days of notification of the loss by claimant, and make a written offer to settle within thirty (30) days of satisfactory proof of loss. Defendants herein failed to comply.

24.

Defendants' failure to pay and/or timely initiate good faith loss adjustment was arbitrary, capricious and without probable cause and is in bad faith making defendants liable to plaintiffs for damages, penalties and attorney's fees under applicable law including, but not limited to La. R.S. 22:658.

25.

La R.S. 22:1220 provides that an insurer owes a duty of good faith and fair dealing to its insured, and it provides that insurers have an affirmative duty to adjust claims fairly and promptly and to make reasonable efforts to settle claims.

26.

Defendants, through their agents, employees and representatives, violated their duties under La. R.S. 22:1220 as alleged herein and are therefore liable for general and special damages, penalties and attorney's fees under the applicable law, including but not limited to La. R.S. 22:1220 by one of the following acts or omissions:

a.)  Knowingly misrepresenting pertinent facts or policy provisions regarding the coverage at issue;

b.)  Arbitrarily, capriciously and without probable cause failing to pay the amount of claim due within sixty (60) days after receipt of satisfactory proof of loss; and

c.)  Adjusting claims in violation of La. R.S. 22:658.2.

36

27.

Defendant insurance companies are liable for the acts and omissions of its agents, employees, and representatives in the handling of plaintiffs' claims.

28.

Based on the conduct and actions of the defendants as described above, plaintiffs have the following causes of action against defendants:

1.   Breach of insurance contract;

2.   Violation of La. R.S. 22:658;

3.   Violation of La. R.S. 22:658.2

4.   Breach of their duty act reasonably and fairly under La. R.S. 22:1220;

5.   Breach of duty under La. R.S. 22:1220;

6.   Failure to tender fair and adequate payment for casualty losses;

7.   Bad faith adjusting practices; and

8.   Other causes of actions that will be determined at trial.

29.

Plaintiffs are entitled to the following elements of damages for the causes of action previously mentioned:

1.   Reimbursement for property damages, repair, additional living expenses and remediation expenses;

37

2.      Reimbursement for damages to contents;

3.      Losses due to interruption of business, business loss, loss of income, profits, etc.;

4.      Penalties under La. R.S. 22:658, 22:658.2 and 22:1220;

5.      Double damages pursuant to La. R.S. 22:1220;

6.      Fifty percent (50%) penalties for failure to submit payment within thirty (30) days

        from proof of claim;

7.      Attorneys' fees;

8.      Emotional distress caused by defendants improper actions;

9.      Court costs;

10.     Punitive damages, if applicable;

11.     Loss of use of property;

12.     Diminution in property value;

13.     Loss of enjoyment of property;

14.     Loss of income/rents, if applicable;

15.     All benefits under applicable policies of insurance; and

16.     Any relief that this Honorable Court deems fair and equitable.

30.

Plaintiffs further pray for trial by jury.

38

**WHEREFORE**, plaintiffs pray that after due proceedings be had there be judgment in their favor and against the defendants in amounts that are reasonable under the premises, including, all damages including but not limited to mental and emotional suffering caused by the action of the defendants, penalties, attorney's fees, expert witness fees and interest and all costs for this proceeding.

Respectfully Submitted:

JIM S. HALL & ASSOCIATES

JIM S. HALL (Bar No.: 21644)
JOSEPH W. RAUSCH (Bar No.: 11394)
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: 504-832-3000

39