UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH AGUILAR, III, et al** | * | **CIVIL ACTION NO. 07-4852** |
| | * | |
| **V.** | * | **SECTION "K"** |
| | * | |
| **ALEA LONDON LIMITED, et al** | * | **MAGISTRATE 2** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

FILED:_____            _____
                                                                  **DEPUTY CLERK**

## PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through the undersigned counsel, come the plaintiffs in the above-captioned matter and pursuant to Federal Rules of Civil Procedure 15(a), there having been no responsive pleadings filed, amends and supplements their Complaint in the following particulars:

1.

Made additional parties plaintiffs are the following:

Gloria Buras Bickford,  Betty Jamison,  Elizabeth Britton and Willie Britton,  Elaine J. Conaway, Gertrude Corona, Sandra Ebbs,  Brenda Edwards, Carol Treitler Fife and David Fife,  Geralyn Harleaux,  Roxanne Hefler,  Jerry Martin,  Brian Mattei,  Dale Messina,  Laura Raymond,  Martha Skinner,  Mark and Troylynne Stahl,  Sarah Williams,  Betty B. Walker,  Joyce Williams and Clifford Polk,  Rob Irvin Young,  Charles Lasister,   Wedge Enterprises,

LLC, Marie C. Verowsky, Martha C. Bell, Cassandra and Lawrence Williams, Margaret Lundin, Vernita J. Matthews, Ida Jean Johnson Augustin, Ernest Dison, Sr. and Ernie Mae Dison, St. Paul Church of God in Christ, Christine Dorsey, Andrew and Barbara Gilyot, Robert Terrell and Rita Johnson, United Most Worship King George AF & AM and Queen Vasnti, Kevin and Lacie Robinson, Cynthia Calhoun, Darlene St. Germain, Chiquilla Stepter, Evangeline Brown, Evangeline Dupuy, Janice Trouilliere, Karen Alfred, Laura Barthelemy, Vincent and Elizabeth Valenti, Althea English, Little Professor Child Development Center, Lolita Major, Linda and Damion Alcorn, Rita M. Blazio, Derrick Breston, Sharmaine Brickley, Charleston and Gwendolyn Britton, Octavia Byrd, Jermaine and Nadine Claude, Tyra Crumedy, Michelle DeMolle, Alfred Donaldson, Sandra Doyle and Issac Shirley, Melaine Edwards, Sarita Granger, Joann Howard, Carl Francis and Claudia LeSassier, Melverleane Gaines, Ethel Green, Cynthia Jefferson, Corliss Jones and Harry Dilosa, Bernard and Margeaux Joseph, Jason Kennedy, Roy Kitchens, Dichelle Lewis, Lauranetta and Leonard Lobo, Mely V. Lumagui, Jean and Donald Lyons, Ethel McDonald, Michael and Antionette Martin, Geoffrey Meyers, Dawn and James Miller, Keisha Moore, Guillermo Palacio, Ruth Patterson, Don and Rosemary Penton, Major Sampson, Evelyn and Darryl Sims, Stephanie Bouie Singleton, Lorraine LeBlanc Washington, Terrance and Sonia Washington, Beverly Burton, Rosalie and Reginald Carcisse, Charlotte Chapman, Brenda Duhon, Curtis Duvernay, Mary Louise McNeal, Michael J. Glorioso and Rebecca Patterson, Emelda Green,

Angela Jones,   John Davillier and Tracey Flemings Davillier,   Consuella and Ivory Delaney, Richard Smothers and Leslie Clark,

All plaintiffs are residents of the State of Louisiana and live within the jurisdiction of this Honorable Court.

2.

Plaintiffs adopt as if copied in extension all the allegations of the original Complaint filed herein.

**WHEREFORE**, plaintiffs pray that this Amended and Supplemental Complaint be deemed good and sufficient and that after due proceedings be had there be Judgment in favor of all plaintiffs and against the defendants as more fully set forth in the original Complaint.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES**


　　/s/   Joseph W. Rausch
**JIM S. HALL (Bar No. 21644)**
**JOSEPH W. RAUSCH (Bar No. 11394)**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799

**NOTICE OF LAWSUIT AND WAIVER OF SUMMONS TO BE MAILED.**